| | |
|---|---|
| 1 | JONATHAN H. BLAVIN (State Bar No. 230269)<br>jonathan.blavin@mto.com |
| 2 | BRYAN H. HECKENLIVELY (State Bar No. 279140)<br>bryan.heckenlively@mto.com |
| 3 | MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, Twenty-Seventh Floor |
| 4 | San Francisco, California 94105-2907<br>Telephone: (415) 512-4000 |
| 5 | Facsimile: (415) 512-4077 |
| 6 | JENNIFER L. BRYANT (State Bar No. 293371)<br>jennifer.bryant@mto.com |
| 7 | SARA A. McDERMOTT (State Bar No. 307564)<br>sara.mcdermott@mto.com |
| 8 | MUNGER, TOLLES & OLSON LLP<br>350 South Grand Avenue |
| 9 | Fiftieth Floor<br>Los Angeles, California 90071-3426 |
| 10 | Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702 |

Attorneys for SQUARE, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. TRENT RUARK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SQUARE, INC., a Delaware corporation; Does 1-10,<br><br>Defendants. | Case No. 3:19-cv-01196-GPC-KSC<br><br>**MOTION TO SEAL SQUARE, INC.'S MOTION TO DISMISS AND RELATED PAPERS**<br><br>Filed Concurrently with Notice of Motion and Motion; Mem. P. & A.; Request for Judicial Notice; Blavin Decl.; Brady Decl.<br><br>Judge: Hon. Gonzalo P. Curiel<br>Date: November 15, 2019<br>Time: 1:30 p.m.<br>Crtrm.: 2D |

# NOTICE OF MOTION AND MOTION TO SEAL

PLEASE TAKE NOTICE that Defendant Square, Inc. ("Square") hereby files this Motion to Seal certain papers filed in support of its Motion to Dismiss the complaint in this matter. This motion is brought in accordance with the procedure set out in Electronic Case Filing Administrative Policies and Procedures Manual, Section 2.j. The motion is based on the Notice of Motion and Motion, the Memorandum of Points and Authorities, all pleadings and papers on file, and such other matters as may be presented to this Court.

# MEMORANDUM OF POINTS AND AUTHORITIES

Under the procedure set out in Electronic Case Filing Administrative Policies and Procedures Manual, Section 2.j, Square seeks to seal certain material contained in the Declaration of Megan Brady ("Brady Declaration") and Exhibit 1 to the Brady Declaration, the Declaration of Jonathan H. Blavin ("Blavin Declaration") and Exhibit A to the Blavin Declaration, the Request for Judicial Notice of Exhibit 1 and Exhibit A, and its Memorandum of Points Authorities, all filed in Support of Square's Motion to Dismiss.

Although the parties have not yet entered into a protective order in this action, Plaintiff has requested that Square treat as confidential—and file under seal—the information contained in the receipt described in Plaintiff's complaint. (*See* Compl. ¶ 21; Blavin Decl. ¶ 3.) At Plaintiff's request, Square has conditionally filed under seal, and has redacted from publicly-filed versions, the following information[1] contained in the receipt in the above-referenced documents:

---

[1] Whatever the Court decides with regard to the Motion to Seal, Square maintains that this information is not "medical information" (or any other protected "personal information") as defined by the Confidentiality of Medical Information Act, Cal. Civ. Code §§ 56,10, 56.26, and the Customer Records Act, *id.* § 1798.81.5. (*See* Mem. P. & A. at 6–9, 15–16.)

-1-    Case No. 3:19-cv-01196-GPC-KSC
MOTION TO SEAL SQUARE'S MOTION TO DISMISS

1. - The name of Plaintiff's medical services provider and references to the types of services provided;
2. - The date Plaintiff was charged; and
3. - The last four digits of Plaintiff's credit card number.

Square's redactions in the publicly-filed versions of the relevant documents are narrowly tailored to protect only material which Plaintiff has asserted is confidential and which he has requested to be filed under seal.

DATED: August 2, 2019

Respectfully submitted,

MUNGER, TOLLES & OLSON LLP

By: */s/ Jonathan H. Blavin*
JONATHAN H. BLAVIN
Attorneys for SQUARE, INC.