UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| A. TRENT RUARK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SQUARE, INC., a Delaware corporation; Does 1-10,<br><br>Defendants. | Case No. 3:19-cv-01196-GPC-KSC<br><br>**ORDER GRANTING JOINT MOTION TO VACATE PENDING DEADLINES**<br><br>Judge:  Hon. Gonzalo P. Curiel<br>Crtrm.:  2D |
|---|---|

**ORDER**

Plaintiff A. Trent Ruark and Defendant Square, Inc. have jointly stipulated and moved the Court to vacate all pending deadlines in this matter pending the parties' finalization of a written settlement agreement.  Finding good cause therefor, the Court grants the Motion.  Assuming the matter is not resolved, the parties shall provide the court with a status update by November 15, 2019.

**IT IS SO ORDERED.**

Dated:  October 31, 2019

Hon. Gonzalo P. Curiel
United States District Judge