1  JONATHAN H. BLAVIN (State Bar No. 230269)
   jonathan.blavin@mto.com
2  BRYAN H. HECKENLIVELY (State Bar No. 279140)
   bryan.heckenlively@mto.com
3  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, Twenty-Seventh Floor
4  San Francisco, California 94105-2907
   Telephone: (415) 512-4000
5  Facsimile: (415) 512-4077

6  JENNIFER L. BRYANT (State Bar No. 293371)
   jennifer.bryant@mto.com
7  SARA A. McDERMOTT (State Bar No. 307564)
   sara.mcdermott@mto.com
8  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue
9  Fiftieth Floor
   Los Angeles, California 90071-3426
10 Telephone:  (213) 683-9100
   Facsimile:   (213) 687-3702
11
   Attorneys for SQUARE, INC.
12
                    UNITED STATES DISTRICT COURT
13
                  SOUTHERN DISTRICT OF CALIFORNIA
14

15
   A. TRENT RUARK, individually and          Case No. 3:19-cv-01196-GPC-KSC
16 on behalf of all others similarly situated,
                                              **JOINT STATUS REPORT RE
17              Plaintiff,                    SETTLEMENT AGREEMENT**

18        vs.                                 Judge: Hon. Gonzalo P. Curiel
                                              Date:   November 22, 2019
19 SQUARE, INC., a Delaware                   Crtrm.: 2D
   corporation; Does 1-10,
20
                Defendants.
21

1  Plaintiff A. Trent Ruark and Defendant Square, Inc., hereby submit this Joint
2  Status Report re Settlement Agreement per the previously-filed Joint Stipulation and
3  Motion to Vacate Pending Deadlines (Docket No. 30), the Court's subsequent Order
4  Granting Joint Motion to Vacate Pending Deadlines (Docket No. 31), and the
5  parties' November 15 Status Report (Docket No. 32).
6  The parties have executed an agreement resolving Plaintiff's claims in this
7  action. The parties respectfully request an additional three weeks to perform the
8  agreement. If the matter is not dismissed by then, the parties shall provide the Court
9  with a further status update on December 13, 2019.

11  DATED:  November 22, 2019      Respectfully submitted,

            MUNGER, TOLLES & OLSON LLP


15          By:     */s/ Jonathan H. Blavin*
                    JONATHAN H. BLAVIN
16                  Email: jonathan.blavin@mto.com

            Attorneys for DEFENDANT SQUARE, INC.

19  DATED:  November 22, 2019      FINKELSTEIN & KRINSK LLP


22          By:     */s/ Jeffrey R. Krinsk*
                    JEFFREY R. KRINSK
23                  Email: jrk@classactionlaw.com

            Attorneys for PLAINTIFF A. TRENT RUARK

-1-  Case No. 3:19-cv-01196-GPC-KSC
JOINT STATUS REPORT RE SETTLEMENT AGREEMENT

| | |
|---|---|
| 1 | **SIGNATURE CERTIFICATION** |
| 2 | Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative |
| 3 | Policies and Procedures Manual, I hereby certify that the content of this document is |
| 4 | acceptable to Jeffrey Krinsk, counsel for Plaintiff, and that I have obtained Mr. |
| 5 | Krisnk's authorization to affix his electronic signature to this document. |
| 6 | |
| 7 | |
| 8 | */s/ Jonathan H. Blavin* |
| | Jonathan H. Blavin |
| 9 | |
| 10 | |
| ... | |
| 28 | |

-2- Case No. 3:19-cv-01196-GPC-KSC
JOINT STATUS REPORT RE SETTLEMENT AGREEMENT