1  JEFFREY R. KRINSK (State Bar No. 109234)
   jrk@classactionlaw.com
2  FINKELSTEIN & KRINSK LLP
   550 West C Street, Suite 1760
3  San Diego, California 92101
   Telephone: (619) 238-1333
4  Facsimile: (619) 238-5425

5  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| A. TRENT RUARK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SQUARE, INC., a Delaware corporation; Does 1-10,<br><br>Defendants. | Case No. 3:19-cv-01196-GPC-KSC<br><br>**NOTICE OF JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF THE ENTIRE CASE**<br><br>Judge:  Hon. Gonzalo P. Curiel<br>Date:   November 22, 2019<br>Crtrm.: 2D |
|---|---|

1 | Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff A. Trent Ruark and Defendant Square, Inc., the parties to this action, acting through undersigned counsel, hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action in its entirety.

Respectfully submitted,

DATED: December 9, 2019          FINKELSTEIN & KRINSK LLP

By: _____/s/ Jeffrey R. Krinsk_____
    JEFFREY R. KRINSK
    Email: jrk@classactionlaw.com
Attorneys for PLAINTIFF A. TRENT RUARK

DATED: December 9, 2019          MUNGER, TOLLES & OLSON LLP

By: _____/s/ Jonathan H. Blavin_____
    JONATHAN H. BLAVIN
    Email: jonathan.blavin@mto.com

Attorneys for DEFENDANT SQUARE, INC.

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Jonathan Blavin, counsel for Defendant, and that I have obtained Mr. Blavin's authorization to affix his electronic signature to this document.

                                      /s/ Jeffrey R. Krinsk
                                        Jeffrey R. Krinsk