1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. TRENT RUARK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SQUARE, INC., a Delaware corporation; Does 1-10,<br><br>Defendants. | Case No. 3:19-cv-01196-GPC-KSC<br><br>**ORDER GRANTING JOINT MOTION TO FOR DISMISSAL WITH PREJUDICE**<br><br>Judge:  Hon. Gonzalo P. Curiel<br>Crtrm.:  2D |

**ORDER**

Presently before the Court is Plaintiff A. Trent Ruark and Defendant Square, Inc.'s Joint Motion for Dismissal with Prejudice, in which the Parties stipulate to dismiss this action.

Good cause appearing, the Court GRANTS the Joint Motion. As stipulated by the Parties, this action is DISMISSED WITH PREJUDICE in its entirety.

**IT IS SO ORDERED.**

Dated:  December 10, 2019

Hon. Gonzalo P. Curiel
United States District Judge